UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION

In Re:   Todd Baksa                                   Case No. 21-30608
                                                      Chapter 13
                                                      Hon.   Applebaum

        Debtor(s).
_____/

## OBJECTION TO CLAIM OF THE STATE OF MICHIGAN

NOW COMES the Debtor, Todd Baksa, by and through his counsel, Bankruptcy Law Office with George E. Jacobs, and for his Objection states as follows:

1. That the State of Michigan filed a proof of claim on or about May 19, 2021, alleging estimated priority tax of $5000.00 (Exhibit "B").

2. That the actual amount owed to the State of Michigan is zero as the Debtor, who moved to Michigan in 2020, did not have any income in Michigan in 2020.

WHEREFORE, Debtor requests this Honorable Court sustain his Objection to the Claim of the State of Michigan by entering the order attached as "Exhibit A".

                                               Respectfully submitted,

                                               Bankruptcy Law Office

Dated: 5/20/21                                 By: George E. Jacobs
                                                 George E. Jacobs (P36888)
                                                 Attorney for Debtor
                                                 2425 S. Linden Rd. Ste. C
                                                 Flint, MI 48532
                                                 810-720-4333
                                                 george@bklawoffice.com